IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JON KEENEY, etc., :
    Plaintiff :
:
v. : CIVIL NO. AMD 01-2670
:
RAILWORKS CORPORATION and :
JOHN G. LARKIN, :
    Defendants :

...oOo...

ORDER

For good cause shown, it is this 22nd day of November, 2002, by the United States District Court for the District of Maryland, ORDERED

(1) That this action is REOPENED AND RESTORED TO THE DOCKET; and it is further ORDERED

(2) That the plaintiff shall file an amended complaint on or before January 6, 2003; and it is further ORDERED

(3) That the Clerk shall TRANSMIT a copy of this Order to all counsel.

                                          ANDRE M. DAVIS
                                          United States District Judge