**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

$850 FEE PAID
#1193(?)
FEE NOT PAID
(SEND LETTER)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 MAR 18  P 4: 20

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

JON KEENEY
        Plaintiff(s)  *

vs.  *

JOHN G. LARKIN and
MICHAEL R. AZARELA  *
        Defendant(s)

Case No.: AMD-01-CV-2670

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __ANDREW JAY GRAHAM__, am a member in good standing of the bar of this Court. My bar number is __00080__. I am moving the admission of __STEWART D. AARON__ to appear *pro hac vice* in this case as counsel for __John G. Larkin and Michael R. Azarela__.

FILED
CLERK'S OFFICE
AT BALTIMORE
DEPUTY
2003 MAR 20  D 2:39
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| New York | 3/28/84 |
| USDC/Southern District of New York | 10/16/84 |
| USDC/Eastern District of New York | 11/15/84 |
| U.S. Court of Appeals, 2nd Circuit | 5/14/87 |
| U.S. Supreme Court | 5/2/88 |
| U.S. Tax Court | 2/13/98 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied



U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                                                Page 1 of 2

admission to practice law in an 7 jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *(signature)* | *(signature)* |
| Signature | Signature |
| Andrew Jay Graham | Stewart D. Aaron |
| Printed Name | Printed Name |
| Kramon & Graham, P.A. | Dorsey & Whitney LLP |
| Firm | Firm |
| One South Street, Suite 2600 | 250 Park Avenue |
| Baltimore, Maryland 21202 | New York, New York 10177 |
| Address | Address |
| (410) 752-6030 | (212) 415-9200 |
| Telephone Number | Telephone Number |
| (410) 539-1269 | (212) 953-7201 |
| Fax Number | Fax Number |

******************************************************************

## ORDER

☑ GRANTED    ☐ DENIED

Date: 3-20-03

Felicia C. Cannon
Clerk, United States District Court
by *(signature)* Lisa Stavrou

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice