IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ORIGINAL**

FEE PAID #7193161
FEE NOT PAID (SEND LETTER)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 MAR 8 P 4: 20
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

| | | |
|---|---|---|
| JON KEENEY | | |
| Plaintiff(s) | * | Case No.: AMD-01-CV-2670 |
| vs. | * | |
| JOHN G. LARKIN and MICHAEL R. AZARELA | * | |
| Defendant(s) | | |

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, **ANDREW JAY GRAHAM**, am a member in good standing of the bar of this Court. My bar number is **00080**. I am moving the admission of **JOSHUA COLANGELO-BRYAN** to appear *pro hac vice* in this case as counsel for **John G. Larkin and Michael R. Azarela**.

FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2003 MAR 20 P 2: 39 CLERK'S OFFICE AT BALTIMORE DEPUTY

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Washington State | 3/3/00 |
| USDC/Western District of Washington | 4/4/00 |
| | |
| | |
| | |
| | |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court **0** times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied



admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| Signature | Signature |
| Andrew Jay Graham | Joshua Colangelo-Bryan |
| Printed Name | Printed Name |
| Kramon & Graham, P.A. | Dorsey & Whitney LLP |
| Firm | Firm |
| One South Street, Suite 2600 Baltimore, Maryland 21202 | 250 Park Avenue New York, New York 10177 |
| Address | Address |
| (410) 762-6030 | (212) 415-9200 |
| Telephone Number | Telephone Number |
| (410) 539-1269 | (212) 953-7201 |
| Fax Number | Fax Number |

*************************************************************

## ORDER

☑ GRANTED      ☐ DENIED

Date: 3-20-03

Felicia C. Cannon

by _____
Clerk, United States District Court

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice