UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

|  |  |
|---|---|
| JON KEENEY, On Behalf of Himself and All Others Similarly Situated<br><br>Plaintiff<br><br>v.<br><br>RAILWORKS CORPORATION, et al.<br><br>Defendants | *<br>*<br>*   Civil Action No. AMD-01-CV-2670<br>*<br>*<br>*<br>* |

\*     \*     \*     \*     \*

## JOINT MOTION FOR ENGLARGEMENT OF TIME

The parties, by and through their undersigned counsel, hereby stipulate that the Plaintiff, Jon Keeney, shall have until April 4, 2003 to file his opposition to the Defendants' Motion to Dismiss Amended Class Action Complaint, and that the Defendants shall have until April 25, 2003 to reply to the opposition.

Respectfully submitted,

_____/s/_____     _____/s/_____
PRICE O. GIELEN                                            ANDREW J. GRAHAM
Trial Bar No. 00577                                            Trial Bar No. 00080
Neuberger, Quinn, Gielen, Rubin                     Kramon & Graham, P.A.
    & Gibber, P.A.                                              One South Street
One South Street – 27th Floor                         26th Floor
Baltimore, MD 21202                                      Baltimore, MD 21202
(410) 332-8584                                                 (410) 752-6030

Attorneys for Defendant,                                Attorneys for Plaintiff,
Railworks Corporation                                    Jon Keeney

SO ORDERED this \_\_\_\_ day of March, 2003:


_____
ANDRE M. DAVIS, Judge
United States District Court of
Maryland, Northern Division


181342 - 2423.1