## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## BALTIMORE DIVISION

| | | |
|---|---|---|
| JON KEENEY, On Behalf of Himself and All Others Similarly Situated, | * | |
| | * | |
| Plaintiff | | |
| | * | |
| vs. | | Civil Action No. AMD 01:CV-2670 |
| | * | |
| JOHN G. LARKIN and MICHAEL R. AZARELA | | |
| | * | |
| Defendants | * | |

\*       \*       \*       \*       \*

## OPPOSITION TO MOTION TO DISMISS
## AMENDED CLASS ACTION COMPLAINT

Plaintiff, Jon Keeney ("Plaintiff" or "Keeney") hereby responds to the Motion to Dismiss Amended Class Action Complaint filed by the Defendants, John G. Larkin and Michael R. Azarela ("Defendants").  Plaintiff requests that this Court deny Defendants Motion to Dismiss for the reasons, and based on the authorities, set forth in the Memorandum of Law in Support of Plaintiff's Opposition to Motion to Dismiss filed herewith.

**NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.**

/s/
_____
PRICE O. GIELEN
Trial Bar No. 00577
One South Street
27th Floor
Baltimore, MD 21202
Tel:  (410) 332-8584
Fax: (410) 332-8561
**Local Attorneys for Plaintiffs**

**FEDERMAN & SHERWOOD**
William B. Federman
120 N. Robinson, Suite 2720
Oklahoma City, OK 73102
Tel: (405) 235-1560
Fax: (405) 239-2112
**Lead Attorneys for Plaintiffs**

2