UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| JON KEENEY, On Behalf of Himself and All Others Similarly Situated, ) ) ) Plaintiff ) ) vs. ) ) JOHN G. LARKIN and ) MICHAEL R. AZARELA ) ) Defendants ) | Civil Action No. AMD 01:CV-2670 |

\*      \*      \*      \*      \*

## PROPOSED ORDER

Defendant, John G. Larkin and Michael R. Azarela's Motion to Dismiss Amended Class Action Complaint for Violation of the Federal Securities Laws is hereby DENIED.

Dated this _____ day of _____, 2003

_____
United States District Court Judge