UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| JON KEENEY, On Behalf of Himself and All Others Similarly Situated, ) ) ) | |
| Plaintiff ) ) | |
| vs. ) ) | Civil Action No. AMD 01:CV-2670 |
| JOHN G. LARKIN and MICHAEL R. AZARELA ) ) ) | |
| Defendants ) | |

\*     \*     \*     \*     \*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 7th day of April, 2003, a copy of the Memorandum of Law in Support of Plaintiff's Opposition to Motion to Dismiss was mailed first-class, postage prepaid, to Stewart D. Aaron, Esquire and Joshua Colangelo Bryan, Esquire, Dorsey & Whitney LLP, 250 Park Avenue, New York, New York 10177.

Respectfully submitted,

_____/s/_____
PRICE O. GIELEN, Trial Bar No. 00577
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street
27th Floor
Baltimore, MD 21202
(410) 332-8584

Attorneys for Railworks Corporation

182005 – 2423.1