**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**ANDRE M. DAVIS**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 W. LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-0801**<br>FAX (410) 962-0820<br>MDDAMDChambers@mdd.uscourts.gov |

June 3, 2003

MEMORANDUM TO COUNSEL RE:   Keeney v. Larkin, et al
AMD 01-2670

    This is to inform you that a motions hearing has been scheduled in this case for Wednesday, June 18, 2003, at 3:00 p.m.   The hearing will be held in courtroom 5B of the Courthouse.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt