UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| JON KEENEY, On Behalf of Himself and All Others Similarly Situated, )<br><br>Plaintiff )<br><br>vs. )<br><br>JOHN G. LARKIN and )<br>MICHAEL R. AZARELA )<br><br>Defendants ) | Civil Action No. AMD 01:CV-2670 |

\*        \*        \*        \*        \*

## ORDER

Upon consideration of Plaintiff's Motion for Order Permitting The Filing Of A Surreply Memorandum, it is this _____ day of _____, it is hereby

**ORDERED**, that Plaintiff's Motion for Order Permitting The Filing Of A Surreply Memorandum is **GRANTED**, and Plaintiff shall be permitted to file a surreply memorandum for the limited purpose of responding to the new issues raised in Defendants' Reply, including Defendants' contention that RailWorks Corporation adequately disclosed to investors that RailWorks had hired a restructuring officer whose duties would include assisting in a potential bankruptcy of the Company. Such surreply memorandum shall be filed with this Court on or before _____ day of _____.

_____
Andre M. Davis
United States District Judge