

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JON KEENEY, On Behalf of Himself
and All Others Similarly Situated

Plaintiff(s)

vs.

JOHN G. LARKIN, et al.

Defendant(s)

* Civil Action No. AMD-01-CV-2670
* $50 FEE PAID  #195599
* ___ FEE NOT PAID (SEND LETTER)

U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 JUN 18 D 4: 17
AT BALTIMORE
BY_____ DEPUTY

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Price O. Gielen,__ Esquire a member of the Bar of this court, moves the admission of __William B. Federman,__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Plaintiff__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __Oklahoma, Texas, New York, and the District of Columbia__

and/or the following United States Court(s): __Western and Eastern Districts of Oklahoma; Southern, Northern and Eastern Districts of Texas; and the Southern District of New York.__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __-0-__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __N/A__

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U.S. DISTRICT COURT

Revised 6/98

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:

_____[signature]_____
Signature          PRICE O. GIELEN

One South Street - 27th Floor
Address

Baltimore, MD 21202

410-332-8584
Office phone number

410-332-8561
Fax number

00577
Md. U. S. District Court Number

PROPOSED ADMITTEE:

_____[signature]_____
Signature          WILLIAM B. FEDERMAN

120 N. Robinson - Suite 2720
Address

Oklahoma City, OK 73102

405-235-1560
Office phone number

405-239-2112
Fax number

### ORDER

Motion  ✓  GRANTED

Motion       GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion       DENIED

6-24-03
Dated

Felicia C. Cannon

Clerk, United States District Court

by: _____[signature]_____