IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JON KEENEY, On behalf of himself and all others similarly situated, | : : | |
| Plaintiff | : : | |
| v. | : : | Civil No. AMD 01-2670 |
| JOHN G. LARKIN and MICHAEL Z. AZARELA, | : : : | |
| Defendants | : | |

...o0o...

ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 7th day of August, 2003, by the United States District Court for the District of Maryland, ORDERED that

(1) Defendants' motion to dismiss is GRANTED;

(2) JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANTS AGAINST PLAINTIFF, WITH COSTS;

(3) The Clerk of the Court shall CLOSE this case.

/s/
ANDRE M. DAVIS
United States District Judge